No. 2,337.—MAY L. PERRY, RESPONDENT, v. AETNA LIFE
INSURANCE COMPANY, APPELLANT.

*Appeal from District Court, Silver Bow County; Geo. M.
Bourquin, Judge.*

Decided January 8, 1907.

PER CURIAM.—It is ordered that the appeal in the above-entitled cause be, and the same is hereby, dismissed on request of counsel for appellant.

*Mr. C. M. Parr,* for Appellant.